# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE**<br>(For a Petty Offense) — Short Form |
|---|---|
| v. | CITATION NUMBER: 15-PO-07014-MJW |
| LEE BROWN | PRO SE |

**THE DEFENDANT:** Pleaded guilty to count one of the Information.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offenses:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 36 C.F.R. § 261.50 | BEING ON A CLOSED TRAIL IN THE NATIONAL FOREST SYSTEM | 9/27/2015 | 1 |

Defendant sentenced to: must pay fine of $115/10 by 1/14/2016.

## MONETARY OBLIGATIONS

All criminal monetary penalty payments are to be made as directed by the court, the probation officer, or the United States Attorney.

| | Assessment | Fine | Processing Fee |
|---|---|---|---|
| **Total:** | $10.00 | $115.00 | $0.00 |

1/14/2016
Date of Imposition of Judgment

*(signature)*
Signature of Judicial Officer

Kristen L. Mix, U.S. Magistrate Judge
Name & Title of Judicial Officer

1/19/16
Date